UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RUSSELL REYNOLDS,**

      **Plaintiff,**

v.                                                Case No:  6:19-cv-1623-Orl-41LRH

**ESP RECEIVABLES MANAGEMENT, INC.,**

      **Defendant.**

                                                /

**ORDER**

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 22), wherein the parties have advised the Court that the above-styled action has been settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on April 7, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record